**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Robert E. Landry
Scofield, Gerard
901 Lakeshore Drive, #900
Lake Charles LA 70601

Craig Isenberg
Barrasso Usdin Kupperman
909 Poydras, Ste 2400
New Orleans LA 70112

Kevin Paul Fontenot
Scofield, Gerard, Singletary
901 Lakeshore Drive, Suite 900
Lake Charles LA 70601

Marshall Joseph Simien, Jr.
Simien Law Firm
2129 Fitzenreiter Road
Lake Charles LA 70601

**REHEARING ACTION: November 22, 2017**

**Docket Number: 17   00104-CA**

**SHAWN CORMIER, ET AL.**
**VERSUS**
**CITGO PETROLEUM CORPORATION, ET AL.**

**Appealed from Calcasieu Parish Case No. 2007-2787**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Citgo Petroleum Corporation** has this day been

**DENIED.**

cc: Kirk Albert Patrick, III, Counsel for the Appellee
Wells Talbot Watson, Counsel for the Appellee
Richard Elliott Wilson, Counsel for the Appellee
Jake Buford, Counsel for the Appellee
Amos Maddox, In Proper Person